IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:16CR155 |
| | | Judge Mazzant |
| CHARLES EDWARD LEE (6) | § | |

**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO THE HONORABLE JUDGE MAZZANT:

The Petitioner, United States of America, by and through the United States Attorney for the Eastern District of Texas, respectfully shows that Defendant CHARLES EDWARD LEE, #2444265, is charged by Indictment with Conspiracy to Violate 18 U.S.C. §1343-Wire Fraud, 18 U.S.C. §1349.

The Defendant presently is incarcerated in Orleans Parish Jail, Orleans Parish, Louisiana.

This Honorable Court has ordered the Defendant to be in the United States District Court at Sherman, Texas, *instanter*, for hearing.

WHEREFORE, Petitioner respectfully requests that this Honorable Court issue a Writ of Habeas Corpus Ad Prosequendum commanding the United States Marshal, Eastern District of Texas, and the Sheriff of Orleans Parish Jail, Orleans Parish, Louisiana, to produce the body of CHARLES EDWARD LEE to be brought before this Honorable Court at Sherman, Texas, *instanter*, for the stated purpose, and further commanding that the Defendant be returned to the custody of the Sheriff at the

**Petition Ad Prosequendum-Page 1**

conclusion of all proceedings or as duly ordered by this Court.

        Respectfully submitted,
        BRET FEATHERSTON

        Acting United States Attorney

        /s/ Lesley D. Brooks
        LESLEY D. BROOKS
        Assistant United States Attorney
        600 East Taylor, Suite 2000
        Sherman, Texas 75090
        Texas Bar No. 24035762
        Telephone:   903-868-9454
        Facsimile:   903-892-2792