IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | CASE NUMBER 4:16-CR-00155-ALM |
| v. | § § § | |
| CHARLES LEE (6) | § § § | |

## ORDER OF DETENTION

The Court held a hearing to consider the matter of Defendant's detention pending trial, Defendant waived his/her right to a detention hearing. It is therefore

ORDERED that the Defendant is detained pending trial without prejudice to his re-raising the issue of pretrial detention at any time.

Signed February 3, 2017.

CHRISTINE A. NOWAK
UNITED STATES MAGISTRATE JUDGE